## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey Weikel a/k/a Jeffery Allen Weikel      **BK NO. 21-01697 MJC**
     Wendy S Weikel  f/k/a Wendy S Curran
                     Debtor(s)            **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.


                Respectfully submitted,


          /s/ *Michael Farrington*
          Michael Farrington
          12 Dec 2023, 12:29:48, EST


          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

Document ID: 6f9f983a2bd044601efe13dbed9f5c0819eb56fcd614601915f9f48e3b00a323