UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY WEIKEL
AKA: JEFFERY ALLEN WEIKEL
WENDY S WEIKEL             CHAPTER 13
AKA: FKA WENDY S CURRAN

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                                 CASE NO: 4-21-01697-MJC

JEFFREY WEIKEL
AKA: JEFFERY ALLEN WEIKEL
WENDY S WEIKEL
AKA: FKA WENDY S CURRAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 21, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation on July 19, 2023 to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of February 21, 2024, the Debtor(s) is/are $4160.00 in arrears with a plan payment having last been made on August 23, 2023.

In accordance with said stipulation, the case may be dismissed

Dated: February 21, 2024        Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY WEIKEL
AKA: JEFFERY ALLEN WEIKEL
WENDY S WEIKEL
AKA: FKA WENDY S CURRAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-21-01697-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 21, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

JOSEPH QUINN, ESQUIRE
192 SOUTH HANOVER STREET
SUITE 101
POTTSTOWN PA 19464-6096

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

JEFFREY WEIKEL
WENDY S WEIKEL
20 MAIN STREET
COAL TOWNSHIP PA 17866

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 21, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com