United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey Weikel  
Wendy S Weikel  
    Debtors

Case No. 21-01697-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 27, 2024      Form ID: pdf010      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Weikel, Wendy S Weikel, 20 Main Street, Coal Township, PA 17866-4109 |
| cr | | Resurgent Capital Se Pinnacle Credit Services, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5428300 | | Aqua Pennsylvania, PO Box 70279, Philadelphia, PA 19176-0279 |
| 5428301 | + | Domestic Relations of Northumb. Cty, 320 N Second Street, Sunbury, PA 17801-1804 |
| 5428302 | + | Geisinger Health System, 100 North Academy Avenue, Danville, PA 17822-0001 |
| 5442066 | + | Land Home Financial Services, Inc., 1355 Willow Way, Suite 250, Concord, CA 94520-8113 |
| 5434690 | ++ | NORTHUMBERLAND COUNTY TAX CLAIM BUREAU, 399 STADIUM DRIVE, SUNBURY PA 17801-3201 address filed with court:, Northumberland County Tax Claim Bureau, 399 Stadium Drive 3rd Floor, Sunbury, Pa 17801 |
| 5428307 | + | PA Department of Public Welfare, Bureau of Child Support Enforcement, 25 S Front St, Harrisburg, PA 17101-2081 |
| 5428308 | | Pennsylvania Department of Labor, 651 Boas Street, Harrisburg, PA 17121-0750 |
| 5428310 | + | Real Time Resolutions, 345 St Peter St, Saint Paul, MN 55102-1211 |
| 5431971 | + | Shamokin-Coal Township Joint Sewer Authority, 1 Mahantongo Street, Pottsville, PA, Pottsville, PA 17901-3083 |
| 5428312 | + | Shamokin-Coal Township Sewer Auth., 114 Bridge Street, Shamokin, PA 17872-7690 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 18:50:49 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5428299 | + | Email/Text: bkteam@selenefinance.com | Feb 27 2024 18:45:00 | Anthium, LLC, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| 5428303 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2024 18:45:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 5428304 | ^ | MEBN | Feb 27 2024 18:42:06 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5429002 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 18:50:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5428305 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 18:50:41 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5428306 | + | Email/Text: mmrgbk@miramedrg.com | Feb 27 2024 18:45:00 | Miramedrg, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 5428309 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2024 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5429003 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 18:50:41 | 17128-0946 Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5438043 | | Email/Text: bkdepartment@rtresolutions.com | Feb 27 2024 18:45:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 5428313 | | Email/Text: bknotices@snsc.com | Feb 27 2024 18:45:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 5428311 | + | Email/Text: bkteam@selenefinance.com | Feb 27 2024 18:45:00 | Selene Finance LP, 9990 Richmond, Houston, TX 77042-4559 |
| 5428315 | + | Email/Text: bankruptcy@sccompanies.com | Feb 27 2024 18:45:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5428314 | ##+ | Statewide Tax Recovery, LLC, 100 North Third Street, P.O. Box 162, Sunbury, PA 17801-0162 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Oak Harbor Management as servicer for Limosa LLC logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor Land Home Financial Services Inc. as servicer for Limosa, LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph Quinn | on behalf of Debtor 1 Jeffrey Weikel CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 2 Wendy S Weikel CourtNotices@RQPlaw.com general@RQPlaw.com |
| Michael Patrick Farrington | on behalf of Creditor Land Home Financial Services Inc. as servicer for Limosa, LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JEFFREY WEIKEL<br>AKA: JEFFREY ALLEN WEIKEL<br>　　　　　　　　　　Debtor 1<br>WENDY S. WEIKEL<br>AKA: FKA WENDY S. CURRAN<br>　　　　　　　　　　Debtor 2<br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>　　vs.　　　　　　　Movant(s)<br>JEFFREY WEIKEL<br>AKA: JEFFERY ALLEN WEIKEL<br>WENDY S. WEIKEL<br>AKA: FKA WENDY S. CURRAN<br>　　　　　　　　Respondent(s) | Chapter:　　13<br><br>Case No.:　　4:21-bk-01697-MJC |

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 62, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtors be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 27, 2024